# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4136

_____

| | | |
|---|---|---|
| Charles Edwin Davidson, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| Paula Casey, et al., | * | **[UNPUBLISHED]** |
| | * | |
| Appellees. | * | |

_____

Submitted: February 7, 2001
Filed: February 9, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Charles Davidson appeals the district court's[1] order dismissing his suit alleging state and federal claims against several Arkansas public officials and private individuals. Having carefully reviewed the record and the parties' submissions, we conclude Davidson did not state a claim pursuant to the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962. Because Davidson asserted no other basis for federal jurisdiction, we also conclude the district court did not abuse its

_____

[1]The HONORABLE STEPHEN M. REASONER, United States District Judge for the Eastern District of Arkansas.

discretion in declining to exercise supplemental jurisdiction over Davidson's remaining claims.  See 28 U.S.C. § 1367(c)(3).  Accordingly, we affirm, and we deny all pending motions.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.